Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Derick Noble

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>DERICK NOBLE and JONATHAN<br><br>GONZALEZ,<br><br>             Defendants. | Case No. 10-cr-00437 WBS<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

It is hereby stipulated between Jill Thomas, Assistant United States Attorney, Timothy E. Warriner, attorney for defendant Derick Noble, and Danny D. Brace, Jr., attorney for Jonathan Gonzalez, that the status conference date of Monday, October 22, 2012 should be continued until Monday, December 10, 2012. The continuance is necessary as counsel are continuing to engage in plea negotiations, and to investigate factual and legal issues that relate to the defendants' expected plea agreements.

IT IS STIUPULATED that the period of time from October 22, 2012 up to and including December 10, 2012 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing

1

preparation of counsel. Counsel further stipulates that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

DATED: October 19, 2012                    /s/ Timothy E. Warriner, Attorney for Defendant, Derick Noble

DATED: October 19, 2012                    /s/ Danny D. Brace, Jr., Attorney for Defendant, Jonathan Gonzalez

DATED: October 19, 2012                    /s/ Jill Thomas, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the status conference scheduled for Monday, October 22, 2012 at 9:30 a.m. be continued to Monday, December 10, 2012 at 9:30 a.m., and that the period from October 22, 2012 to December 10, 2012 be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and Local Code T4. Also pursuant to the stipulation of the parties, the court finds that the interests of justice in excluding time outweigh the interests of the defendants and the public in a speedy trial.

DATED:   October 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE