**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No.:  0972 2:10CR00437-005 |
| Jonathan Gonzalez ) | |
| ) | |
| ) | |

On April 14, 2014, the above-named was sentenced to Supervised Release for a period of 48 months.  Supervision commenced on November 4, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.  The United States Attorney's Office has no objection to this request.

Respectfully submitted,

Paul Mamaril
United States Probation Officer

Dated:   February 19, 2019
         Sacramento, California
         POM/sda

REVIEWED BY:   **George A. Vidales**
               **Supervising United States Probation Officer**

**Re:** Jonathan Gonzalez
Docket No: 0972 2:10CR00437-005
Report and Order Terminating Supervised Release
<u>Prior to Original Expiration Date</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jonathan Gonzalez be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated: March 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment: Recommendation

cc: AUSA – James Conolly
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office
Supervisee - Jonathan Gonzalez